UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BARRY RASHAD HARRIS, | Case No.: 2:25-cv-00678-RFB-NJK |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES DISTRICT COURT, et al., | |
| Defendants. | |

On April 15, 2025, pro se plaintiff an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983.  Docket No. 1-1.  Plaintiff has neither paid the $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*.  *See* Docket No. 1.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions.  28 U.S.C. § 1914(a).  As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee.  *See* 28 U.S.C. § 1914(b).  "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*."  LSR 1-1.  For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2.  *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments.  *See* 28 U.S.C. § 1915(b).

1    Accordingly, for the reasons stated above,

2    IT IS ORDERED that, no later than **July 1, 2025**, Plaintiff must either pay the full $405

3    filing fee or file a fully complete application to proceed *in forma pauperis* with all three required

4    documents: a completed application with the inmate's two signatures on page 3; a completed

5    financial certificate that is signed both by the inmate and the prison or jail official; and a copy of

6    the inmate's trust fund account statement for the previous six-month period.

7    IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this

8    action will be subject to dismissal without prejudice.  A dismissal without prejudice allows

9    Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

10    complete application to proceed *in forma pauperis* or pay the required filing fee.

11    The Clerk of the Court is **INSTRUCTED** to send Plaintiff Barry Rashad Harris the

12    approved form application to proceed *in forma pauperis* for an inmate and instructions for the

13    same and retain the complaint, Docket No. 1-1, but not file it at this time.

14    IT IS SO ORDERED.

15    DATED:  May 2, 2025.

16

17

18    _____
       NANCY J. KOPPE
19    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

2